**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

In re: FRANK ACHEAMPONG ASANTE          §          Case No. 25-41737-KAC
                                        §
                                        §
                                        §
          Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Patti J. Sullivan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $551,815.88 | | Assets Exempt: $190,345.42 |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $8,519.04 | | Claims Discharged Without Payment: $81,108.01 |
| Total Expenses of Administration: $1,950.42 | | |

3) Total gross receipts of $23,160.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $12,690.54 (see **Exhibit 2**), yielded net receipts of $10,469.46 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $375,045.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,950.42 | $1,950.42 | $1,950.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $33,333.00 | $24,516.20 | $24,516.20 | $8,519.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $83,299.00 | $67,364.75 | $67,364.75 | $0.00 |
| **TOTAL DISBURSEMENTS** | $491,677.00 | $93,831.37 | $93,831.37 | $10,469.46 |

4) This case was originally filed under chapter 7 on 05/28/2025.  The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      07/11/2026

By: /s/ Patti J. Sullivan

Trustee , Bar No.: 170124

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor does not expect to qualify for a 2024 Minnesota Property Tax refund. | 1124-000 | $2,760.00 |
| Prorated 2025 Federal and MN state tax refunds | 1124-000 | $17,090.00 |
| 2023 property tax refund | 1224-000 | $3,310.00 |
| **TOTAL GROSS RECEIPTS** | | **$23,160.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Frank Acheampong Asante | exempt and non estate share of tax refunds | 8100-002 | $1,176.54 |
| Frank Acheampong Asante | exempt and non estate share of tax refunds | 8500-002 | $11,514.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$12,690.54** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | DANFOSS EMPLOYEES CU | 4210-000 | $28,520.00 | NA | NA | NA |
| N/F | US BANK HOME MORTGAGE | 4110-000 | $346,525.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$375,045.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Patti J. Sullivan | 2100-000 | NA | $1,796.95 | $1,796.95 | $1,796.95 |
| Trustee, Expenses - Patti J. Sullivan | 2200-000 | NA | $61.13 | $61.13 | $61.13 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $92.34 | $92.34 | $92.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,950.42** | **$1,950.42** | **$1,950.42** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Minnesota Department of Revenue | 5800-000 | $33,332.00 | $24,516.20 | $24,516.20 | $8,519.04 |
| N/F | INTERNAL REVENUE SERVICE | 5800-000 | $1.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$33,333.00** | **$24,516.20** | **$24,516.20** | **$8,519.04** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank N.A. | 7100-000 | $7,361.00 | $7,614.66 | $7,614.66 | $0.00 |
| 2 | Citibank N.A. | 7100-000 | $8,838.00 | $5,931.96 | $5,931.96 | $0.00 |
| 3 | Citibank N.A. | 7100-000 | $8,476.00 | $5,010.01 | $5,010.01 | $0.00 |
| 4 | Aidvantage on behalf of | 7100-000 | $7,546.00 | $6,913.98 | $6,913.98 | $0.00 |
| 5 | Resurgent Receivables, LLC | 7100-000 | $1,469.00 | $1,556.53 | $1,556.53 | $0.00 |
| 6 | Resurgent Receivables, LLC | 7100-000 | $1,045.00 | $1,074.38 | $1,074.38 | $0.00 |
| 7N | Minnesota Department of Revenue | 7300-000 | $0.00 | $9,088.76 | $9,088.76 | $0.00 |
| 8 | Clicklease LLC | 7100-000 | $0.00 | $9,800.51 | $9,800.51 | $0.00 |
| 9 | American Express National Bank | 7100-000 | $17,950.00 | $17,510.49 | $17,510.49 | $0.00 |
| 10 | American Express National Bank | 7100-000 | $0.00 | $1,857.28 | $1,857.28 | $0.00 |
| 11 | Quantum3 Group LLC | 7100-000 | $868.00 | $830.94 | $830.94 | $0.00 |
| 12 | Synchrony Bank | 7100-000 | $0.00 | $175.25 | $175.25 | $0.00 |
| N/F | ABENA ASANTE | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | ALLINA | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | BARCLAYS BANK DELAWARE | 7100-000 | $6,632.00 | NA | NA | NA |
| N/F | CREDIT COLLECTIONS BUREAU | 7100-000 | $1,333.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | DANFOSS EMPLOYEES CU | 7100-000 | $3,700.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | DMP FURNITURE | 7100-000 | $100.00 | NA | NA | NA |
| N/F | KEARNS BRINEN & MONAGHAN | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NORDSTROM/TD BANK | 7100-000 | $7,181.00 | NA | NA | NA |
| N/F | NORTH MEMORIAL | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | RGS FINANCIAL, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SUZANNE CROUCH | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WALKER & WALKER LAW OFFICE | 7100-000 | $2,400.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$83,299.00** | **$67,364.75** | **$67,364.75** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

Exhibit 8

Page: 1

## Asset Cases

**Case No.:**  25-41737-KAC

**Case Name:**  FRANK ACHEAMPONG ASANTE

**For Period Ending:**  07/11/2026

**Trustee Name:**  (430100) Patti J. Sullivan

**Date Filed (f) or Converted (c):**  05/28/2025 (f)

**§ 341(a) Meeting Date:**  07/01/2025

**Claims Bar Date:**  11/03/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Lot 2, Block 2, Park Villa, Hennepin County, Minnesota. 9251 Telford Bay, Brooklyn Park 55443-3863, MN, Hennepin County | 526,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2020 Ram Truck 1500, 86,000 miles | 14,172.00 | 0.00 | | 0.00 | FA |
| 3 | Typical household goods and furnishing, with no one item over $650. | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | 4 TVs - $1,100 Samsung Note cell phone - $300 Laptop Computer - $300 Desktop Computer - $500 | 2,400.00 | 0.00 | | 0.00 | FA |
| 5 | Normal wearing apparel | 800.00 | 0.00 | | 0.00 | FA |
| 6 | 2 watches | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Danfoss Employees Credit Union /$0 balance Account Number: X5-00 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: Wells Fargo Account Number: 4937 | 55.24 | 0.00 | | 0.00 | FA |
| 10 | Checking account: Wells Fargo Initiate business Account Number: 8804 | 603.93 | 0.00 | | 0.00 | FA |
| 11 | Savings account: Danfoss Employees Credit Union Account Number: X5-30 | 14.25 | 0.00 | | 0.00 | FA |
| 12 | Savings account: Wells Fargo Account Number: 9967 | 1.01 | 0.00 | | 0.00 | FA |
| 13 | Debtors 100 % interest in Abakede LLC Asstes: none Inventory: none Debts: none Accounts receivables: none, 100.00% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Debtor's 100% interest in Abakede Homecare LLC Asstes: none Inventory: none Debts: none Accounts receivables: none, 100.00% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 401(k) or similar plan: 401(k) through employer | Unknown | 0.00 | | 0.00 | FA |
| 16 | 401(k) or similar plan: Pension through previous employer (PepsiCo) | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1

### Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page:  2

**Case No.:**   25-41737-KAC

**Case Name:**   FRANK ACHEAMPONG ASANTE

**For Period Ending:**   07/11/2026

**Trustee Name:**   (430100) Patti J. Sullivan

**Date Filed (f) or Converted (c):**   05/28/2025 (f)

**§ 341(a) Meeting Date:**   07/01/2025

**Claims Bar Date:**   11/03/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Prorated 2025 Federal and MN state tax refunds<br><br>$1,176.54 Minn. Stat. § 550.37(28)<br>Trustee 41%; Debtor 59%<br><br>25 F HOH 11432 (Trustee rcvd) minus EIC 3141 minus ACTC 1700 = net 6591<br>Trustee 6591 x .41 = 2702.31 MINUS exemption of $1,176.54 = net to Trustee of 1525.77<br>Debtor's non-estate share 6591 x .59 = 3888.69 + 3141 + 1700 = 8729.69<br>Debtor's exemption $1,176.54 Minn. Stat. § 550.37(28)<br><br>25 S HOH 5658 (Trustee rcvd) minus MWFC 2129 = net 3529<br>Trustee 3529 x .41 = 1446.89<br>Debtor 3529 x .59 = 2082.11 + 2129 = 4211.11<br><br>25 P 3480<br>Trustee 3480 x .41 = 1426.80<br>Debtor 3480 x .59 = 2053.20<br><br>Total Refunds: $20,570<br>Trustee's Share: $4,399.46 MINUS $11,432 rcvd MINUS $5,658 rcvd = NET TO DEBTOR HERE OF $12,690.54<br>Debtor's non-estate Share: $14,994 Plus Debtor's exemption: $1,176.54 Minn. Stat. § 550.37(28) = Total for Debtor of $16,170.54 (of which $12,690.54 will be paid now PLUS $3,480 from 25P) | 4,227.99 | 3,051.45 | | 17,090.00 | FA |
| 18 | Estimated earned unpaid wages | 619.45 | 0.00 | | 0.00 | FA |
| 19 | Int. in Ins. policies: State Farm Term life insurance policy with no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Debtor has received and spent their 2024 Federal Tax Refund<br><br>(24 F HOH 7338 (no credits); Per IRS web: Your refund was sent to your bank on March 12, 2025 for direct deposit. PRE-PETITION) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Debtor has received and spent their 2024 Minnesota Income Tax refund<br><br>(24 S HOH 3503 (no credits); Per MDOR web: Your refund of $3,503.00 was sent on 07-Mar-2025. PRE-PETITION) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Debtor does not expect to qualify for a 2024 Minnesota Property Tax refund.<br>24 P 2760, 100% for Estate | 0.00 | 2,760.00 | | 2,760.00 | FA |
| 23 | 2023 property tax refund (u)<br>23 P 3310 (100% for Estate) | 3,310.00 | 3,310.00 | | 3,310.00 | FA |
| 24 | Possible preference v. American Express per sofa<br><br>review of account statements for 90 days indicates ordinary course payments and/or under thresh hold due to bounced payments ; no preference to pursue | 1,950.00 | 0.00 | | 0.00 | FA |
| 24 | **Assets Totals (Excluding unknown values)** | **$559,353.87** | **$9,121.45** | | **$23,160.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:  3

**Case No.:**   25-41737-KAC

**Case Name:**   FRANK ACHEAMPONG ASANTE

**For Period Ending:**   07/11/2026

**Trustee Name:**   (430100) Patti J. Sullivan

**Date Filed (f) or Converted (c):**   05/28/2025 (f)

**§ 341(a) Meeting Date:**   07/01/2025

**Claims Bar Date:**   11/03/2025

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2026

**Current Projected Date Of Final Report (TFR):**   05/01/2026 (Actual)

| 07/11/2026 | /s/Patti J. Sullivan |
|---|---|
| Date | Patti J. Sullivan |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 2

### Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 1

| Case No.: | 25-41737-KAC | Trustee Name: | Patti J. Sullivan (430100) |
|---|---|---|---|
| Case Name: | FRANK ACHEAMPONG ASANTE | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6463 | Account #: | ******7444 Checking |
| For Period Ending: | 07/11/2026 | Blanket Bond (per case limit): | $20,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/02/25 | {23} | MDR | 2023 Property Refund | 1224-000 | 3,310.00 | | 3,310.00 |
| 08/23/25 | {22} | MDR | 2024  Property Refund | 1124-000 | 2,760.00 | | 6,070.00 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 6,065.00 |
| 09/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.36 | 6,054.64 |
| 10/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.02 | 6,044.62 |
| 11/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.71 | 6,035.91 |
| 12/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.96 | 6,024.95 |
| 01/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.65 | 6,015.30 |
| 02/27/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.99 | 6,006.31 |
| 03/31/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.26 | 5,996.05 |
| 04/07/26 | {17} | MDR | 2025 State Income Tax Refund | 1124-000 | 5,658.00 | | 11,654.05 |
| 04/26/26 | {17} | United States Treasury | 2025 Federal Income tax refund | 1124-000 | 11,432.00 | | 23,086.05 |
| 04/30/26 | 101 | Frank Acheampong Asante | exempt and non estate share of tax refunds | | | 12,690.54 | 10,395.51 |
| | | | exemption claim                    $1,176.54 | 8100-002 | | | |
| | | | non estate share                  $11,514.00 | 8500-002 | | | |
| 04/30/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 18.39 | 10,377.12 |
| 06/06/26 | 102 | Patti J. Sullivan | Combined trustee compensation & expense dividend payments. | | | 1,858.08 | 8,519.04 |
| | | Patti J. Sullivan | Claims Distribution - Fri, 05-01-2026                    $1,796.95 | 2100-000 | | | |
| | | Patti J. Sullivan | Claims Distribution - Fri, 05-01-2026                    $61.13 | 2200-000 | | | |
| 06/06/26 | 103 | Minnesota Department of Revenue | 8376Distribution payment - Dividend paid at 34.75% of $24,516.20; Claim # 7P; Filed: $24,516.20 | 5800-000 | | 8,519.04 | 0.00 |

|  | | COLUMN TOTALS | | | 23,160.00 | 23,160.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 23,160.00 | 23,160.00 | |
| | | Less: Payments to Debtors | | | | 1,176.54 | |
| | | NET Receipts / Disbursements | | | $23,160.00 | $21,983.46 | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page:  2

# Cash Receipts And Disbursements Record

**Case No.:**  25-41737-KAC

**Case Name:**  FRANK ACHEAMPONG ASANTE

**Taxpayer ID #:**  **-***6463

**For Period Ending:** 07/11/2026

**Trustee Name:**  Patti J. Sullivan (430100)

**Bank Name:**  Metropolitan Commercial Bank

**Account #:**  ******7444 Checking

**Blanket Bond (per case limit):** $20,500,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7444 Checking | $23,160.00 | $21,983.46 | $0.00 |
| | **$23,160.00** | **$21,983.46** | **$0.00** |

07/11/2026

Date

/s/Patti J. Sullivan

Patti J. Sullivan

**UST Form 101-7-TDR (10 /1/2010)**